969 A.2d 1049
IN THE MATTER OF RICHARD W. BANAS,
AN ATTORNEY AT LAW.

March 4, 2009.

## ORDER

**RICHARD W. BANAS** of **EAST HANOVER,** who was admitted to the bar of this State in 1978, and who has been suspended from the practice of law since September 23, 2008, having entered into a Stipulation of Settlement in a fee arbitration matter and having failed to comply with the terms of the settlement;

And the Disciplinary Review Board having filed with the Court pursuant to *Rule* 1:20–15(k) a recommendation that **RICHARD W. BANAS** be suspended from practice and compelled to pay a monetary sanction to the Disciplinary Oversight Committee for failure to comply with the fee arbitration stipulation of settlement;

And good cause appearing;

It is ORDERED that **RICHARD W. BANAS** remain suspended from the practice of law pending his compliance with the stipulation of settlement in District Docket No. X–08–038F, his payment of a sanction in the amount of $500 to the Disciplinary Oversight Committee, his completion of the three-year term of suspension ordered by the Court on September 23, 2008, and until the further Order of the Court; and it is further

ORDERED that **RICHARD W. BANAS** continue to be restrained and enjoined from practicing law; and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.